```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

V.I.,                              *

    Petitioner,                *

vs.                                *

MERRICK GARLAND, *et al.*,         *       CASE NO. 4:25-cv-55-CDL-AGH

    Respondents.               *

                                                  *

---

## O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on March 4, 2025. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 31st day of March, 2025.

                                       S/Clay D. Land  
                                       CLAY D. LAND  
                                       U.S. DISTRICT COURT JUDGE  
                                       MIDDLE DISTRICT OF GEORGIA